TROUTMAN PEPPER LOCKE LLP
Ryan A. Lewis (SBN 307253)
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.477.5700
Facsimile:  415.477.5710
Email: ryan.lewis@troutman.com

Attorneys for Defendant
CoreLogic Credco, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Prasad Shankar,<br><br>     Plaintiff,<br><br>     v.<br><br>Equifax Information Services LLC;<br>CoreLogic Credco, LLC; Monterey<br>County Department of Child Support<br>Services; California Department of Child<br>Support Services; and DOES 1-50,<br><br>     Defendants. | Case No. 3:26-cv-02916-TSH<br><br>Hon. Thomas S. Hixson<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Prasad Shankar ("Plaintiff") and Defendant CoreLogic Credco, LLC ("CoreLogic") hereby stipulate to a 30-day extension and agree that CoreLogic shall have until May 27, 2026 to file its responsive pleading to Plaintiff's Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April 15, 2026

_____
Hon. Thomas S. Hixson
United States Magistrate Judge